IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,

    Plaintiff,

  v.

ANNABEL INVESTMENT COMPANY,

    Defendant.

                                      /

No. C 13-04798 WHA

**ORDER RE JURISDICTION AND STIPULATION OF DISMISSAL**

      The parties have stipulated to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 10). In doing so, the parties request that the undersigned judge retain jurisdiction over this action for 18 months, because "[s]ome parts of the Settlement Agreement are to be performed in the future."

      Before dismissal may be approved, however, the parties will please lodge a copy of their settlement agreement for review, by **12 PM ON APRIL 11, 2014**. Please note that jurisdiction typically is retained for only ninety days when parties stipulate to dismissal, as is the case here.

      **IT IS SO ORDERED.**

Dated: April 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE