IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,

    Plaintiff,

v.

ANNABEL INVESTMENT COMPANY,

    Defendant.

No. C 13-04798 WHA

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO DISMISS**

      Pursuant to the earlier-filed order today (Dkt. No. 11), plaintiff Jesus Torres submits a copy of the parties' release and settlement agreement (Dkt. No. 12). This comes after the parties filed their stipulation to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 10). According to the release and settlement agreement, defendant Annabel Investment Company is required to implement certain modifications to its building in San Ramon, "within one year hereof . . . ." The agreement also asks that the undersigned judge retain jurisdiction for 18 months following the date of dismissal.

      The stipulation to dismiss is **GRANTED IN PART AND DENIED IN PART**. Under Rule 41(a)(2), this action is **DISMISSED WITH PREJUDICE**. The undersigned judge, however, will only retain jurisdiction for 14 months, and not 18 months.

      **IT IS SO ORDERED.**

Dated: April 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE